

# COURT OF APPEALS

### SECOND DISTRICT OF TEXAS
### FORT WORTH

## NO. 02-14-00158-CV

IN THE INTEREST OF E.C., A CHILD

----------

FROM THE 393RD DISTRICT COURT OF DENTON COUNTY
TRIAL COURT NO. 125-393-2013

----------

## MEMORANDUM OPINION[1]

----------

On May 13, 2014, the trial court signed an order granting Appellees' motion to strike the plea in intervention filed by L.G. L.G. filed a notice of appeal on May 20, 2014, challenging the order. On May 21, 2014, we notified the parties that it appeared the order striking L.G.'s plea in intervention was not a final judgment or an appealable interlocutory order. *See Metromedia Long*

---

[1]*See* Tex. R. App. P. 47.4.

*Distance, Inc. v. Hughes*, 810 S.W.2d 494, 499 (Tex. App.—San Antonio 1991, writ denied) (recognizing order dismissing or striking petition in intervention may not be appealed by intervenor before entry of final judgment). We instructed L.G., or any party desiring to continue the appeal, to respond no later than June 2, 2014, showing grounds for continuing the appeal, and we warned that the appeal was subject to dismissal for want of jurisdiction. *See* Tex. R. App. P. 42.3, 44.3. No party responded. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 42.3(a), 43.2(f).

PER CURIAM

PANEL: GABRIEL, J.; LIVINGSTON, C.J.; and DAUPHINOT, J.

DELIVERED: July 17, 2014